COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 10, 2015
 No. 10-15-00355-CV
 IN THE INTEREST OF A.M.R., A CHILD
 _______________
 
 From the 170[th] District Court
 McLennan County, Texas
 Trial Court No. 2010-4443-4
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Kristen Martin has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that Jason Reid is awarded judgment against Kristen Martin for Jason Reid's appellate costs that were paid, if any, by Jason Reid; and all unpaid appellate court cost, if any, is taxed against Kristen Martin.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
 By: ___________________________
 Nita Whitener, Deputy Clerk